Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Northern__ District of __California__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Formation Group Fund I, L.P.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   F8 Asia Growth SPV, L.P.

3. **Debtor's federal Employer Identification Number** (EIN)

   4 7 – 3 8 7 6 8 1 0

4. **Debtor's address**

   **Principal place of business**

   451 University Ave
   Number    Street

   Palo Alto    CA    94301
   City        State  ZIP Code

   Santa Clara County
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website** (URL)

   www.formationgroup.com

| Debtor | Formation Group Fund I, L.P. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 6. | Type of debtor | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☒ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☒ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 2 3 9

| 8 | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Debtor  Formation Group Fund I, L.P.                          Case number (*if known*) _____
         Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No
☐ Yes. District _____ When _____ Case number _____
                                  MM / DD / YYYY
   If more than 2 cases, attach a separate list.
         District _____ When _____ Case number _____
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes. Debtor _____ Relationship _____
   District _____ When _____
                              MM / DD / YYYY
   List all cases. If more than 1, attach a separate list.
   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** *(Check all that apply.)*

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
                              Number      Street
                              _____
                              City                         State   ZIP Code

   **Is the property insured?**
   ☐ No
   ☐ Yes. Insurance agency _____
          Contact name _____
          Phone _____

### Statistical and administrative information

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **3**



| Debtor | Formation Group Fund I, L.P. | Case number (if known) |
|---|---|---|
| | Name | |

| 13. | Debtor's estimation of available funds | Check one:<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |
|---|---|---|---|---|
| 14. | Estimated number of creditors | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 15. | Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/10/2022
            MM / DD / YYYY

X _(signature)_  Rei Young Jang
Signature of authorized representative of debtor   Printed name

Title  Managing Member of the General Partner

| Debtor | Formation Group Fund I, L.P. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**18. Signature of attorney** ✗ /s/ Ori Katz        Date 04/10/2022

                      Signature of attorney for debtor            MM / DD / YYYY

Ori Katz
Printed name

Sheppard, Mullin, Richter & Hampton LLP
Firm name

Four Embarcadero Center 17th Floor
Number    Street

San Francisco                                 CA         94111-4109
City                                            State      ZIP Code

415.434.9100                        okatz@sheppardmullin.com
Contact phone                      Email address

209561                               California
Bar number                                 State



# FORMATION GROUP FUND I, L.P.

### Written Consent

The undersigned, Formation Group GP I, LLC, a Delaware limited liability company, the general partner (the "General Partner") of Formation Group Fund I, L.P., a Delaware limited partnership (the "Partnership"), hereby adopts for the Partnership in the foregoing capacity the following resolutions by written consent pursuant to the Third Amended and Restated Limited Liability Company Agreement (the "Partnership Agreement"):

VOLUNTARY PETITION FOR RELIEF UNDER APPLICABLE BANKRUPTCY LAW AND SEEKING NECESSARY RELIEF:

**WHEREAS**, the management of the Partnership and the General Partner's financial and legal advisors have provided to the General Partner of the Partnership certain materials regarding the liabilities and obligations of the Partnership's, its liquidity, strategic alternatives available to it, and the effect of the foregoing on the Partnership's business, and the General Partner of the Partnership has had adequate opportunity to consult such persons regarding the materials presented, obtain additional information, and to fully consider each of the strategic alternatives available to the Partnership; and

**WHEREAS**, in the judgment of the General Partner of the Partnership, it is desirable and in the best interest of the Partnership, its interest holders, its creditors, and other parties in interest, that the Partnership file or cause to be filed a voluntary petition for relief (the "Bankruptcy Petition") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") for the Partnership and, in accordance with the requirements in the Partnership's governing documents and applicable law, hereby consents to, authorizes and approves, the filing of the Bankruptcy Petition;

**NOW THEREFORE, BE IT RESOLVED**, that the filing of the Petition on behalf of the Partnership be, and the same hereby is, approved and adopted in all respects and that any officer of the Partnership or any other person designated and so authorized to act (each, an "Authorized Officer" and collectively, the "Authorized Officers") acting alone or together, be, and each is hereby authorized, empowered and directed on behalf of, and in the name of, the Partnership, (i) to execute and verify the Petition as well as any other ancillary documents and to cause the Petition to be filed with the Bankruptcy Court, and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

**RESOLVED FURTHER**, that in connection with the foregoing, each of the Authorized Officers, acting alone or together, is hereby designated as the individual with primary and/or sole responsibility for handling matters in the Bankruptcy Case;

**RESOLVED FURTHER**, that each of the Authorized Officers is authorized and empowered, on behalf of and in the name of the Partnership to execute, verify and file with the Bankruptcy Court, or cause to be executed, verified and/or filed with the Bankruptcy Court (or direct others to do so on his behalf) all necessary documents, including, without limitation, the petitions, schedules, lists, motions, applications and other papers and documents necessary or desirable in connection with the

Bankruptcy Case and to take any and all other actions deemed necessary, proper, or desirable in connection with the Bankruptcy Case, with a view to the successful prosecution of the case;

**RESOLVED FURTHER**, that each of the Authorized Officers is authorized and empowered to retain on behalf of the Partnership, the law firm of Sheppard Mullin Richter & Hampton LLP as bankruptcy counsel, to render legal services to, and to represent the Partnership in connection with such proceedings and all other related matters in connection therewith, on such terms as the person retaining such firm shall approve;

**RESOLVED FURTHER**, that each of the Authorized Officers is authorized and empowered to retain on behalf of the Company, Andrew De Camara of Sherwood Partners, Inc. as the Company's Chief Restructuring Officer, to provide restructuring, management, and fiduciary services to the Company in connection with such proceedings and all other related matters in connection therewith, on such terms as the person retaining such firm shall approve;

**RESOLVED FURTHER**, that each of the Authorized Officers is authorized and empowered on behalf of, and in the name of, the Partnership to continue the employment and retention of professionals in the ordinary course and in the Bankruptcy Case to retain and employ other attorneys, accountants, and other professionals, including conflicts counsel, to assist in the Partnership's Bankruptcy Case on such terms as are deemed necessary, proper, or desirable;

**RESOLVED FURTHER**, that any and all actions taken by any of the Authorized Officers pursuant to the foregoing resolutions are hereby approved; and

**RESOLVED FURTHER**, that any and all past actions heretofore taken by officers or directors of the Partnership in the name of or on behalf of the Partnership in furtherance of any or all of the preceding resolutions be, and the same hereby are ratified, approved, and adopted.

GENERAL PARTNER:

FORMATION GROUP GP I, LLC, a
Delaware limited liability company

By: _[signature]_
Name: Rei Young Jang
Title: Managing Member

Date: April 10, 2022

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re    Formation Group Fund I, L.P.    Case No.    22-
         Debtor(s)                       Chapter     11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer for the above-captioned debtor, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| CFIC-2014 NV Family Investments, LLC | 10.63% |
| Quantum Strategic Partners Ltd. | 10.63% |

☐ None [*Check if applicable*]

Date   April 10, 2022               Signature   /s/ Rei Young Jang
                                    Name:  Rei Young Jang
                                    Title: Managing Member of
                                    General Partner Formation
                                    Group GP I, LLC

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re      Formation Group Fund I, L.P.      Case No.      22-

                 Debtor(s)      Chapter      11

## LIST OF EQUITY HOLDERS

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, the following is the list of the equity security holders of the above-captioned debtor in possession as of the date hereof.

| Name and Last Known Address of Equity Interest Holder | Percentage of Interest | Type of Equity Interest |
|---|---|---|
| Baylor University<br>One Bear Place #97030<br>Waco, Texas 76798 | 2.13% | Limited Partner |
| CFIC-2014 NV Family Investments, LLC<br>1683 Walnut Grove Avenue<br>Rosemead, CA91770 | 10.63% | Limited Partner |
| Cat Trail Absolute Return Fund, LLC<br>4 Wells Hill Road<br>Weston, CT 06883 | 0.21% | Limited Partner |
| Cinnabar Investors, LLC<br>25 Highland Park Village, Suite 100-862<br>Dallas, TX 75205 | 0.68% | Limited Partner |
| Far East Ventures Pte. Ltd.<br>14 Scotts Road<br>#06-01 Far East Plaza<br>Singapore 228213 | 6.38% | Limited Partner |
| Frances C. Searle Charitable Trusts Partnership<br>111 W. Monroe Street, Floor 10E<br>Chicago, IL 60603 | 2.13% | Limited Partner |
| Glenn A Shannon Irrevocable Lifetime Family Trust dated 12/26/2012<br>U.S. Bank Trust National Association SD<br>141 N Main Ave, Suite 300<br>Sioux Falls, SD 57104 | 0.09% | Limited Partner |
| Gracie Partners LLC<br>610 Fifth Avenue, 5th Floor<br>New York, NY 10020 | 0.26% | Limited Partner |

| Name and Last Known Address of Equity Interest Holder | Percentage of Interest | Type of Equity Interest |
|---|---|---|
| Herman Fund, LP<br>17 Avenue of Two Rivers South<br>Rumson, NJ 07760 | 0.21% | Limited Partner |
| John G. Searle Charitable Trusts Partnership<br>111 W. Monroe Street, Floor 10E<br>Chicago, IL 60603 | 1.06% | Limited Partner |
| JS Capital LLC<br>c/o JS Capital Management LLC<br>888 Seventh Avenue<br>New York, NY 10106 | 2.13% | Limited Partner |
| Kemnay Fund Investors LLC<br>c/o Barclays Trust Company (Cayman) Limited<br>4th Floor First Caribbean House<br>P.O. Box 487<br>Grand Cayman<br>Cayman Islands, KY1-1106 | 8.51% | Limited Partner |
| LBCW Holdings, LP<br>40 Morries Avenue, Suite 230<br>Bryn Mawr, PA 19010 | 0.43% | Limited Partner |
| Markle Foundation<br>10 Rockefeller Plaza, 16th Fl.<br>New York, NY 10020 | 0.53% | Limited Partner |
| Marlene Hess<br>c/o TAG Associates LLC<br>810 7th Avenue, 7th Floor<br>New York, NY 10019 | 0.32% | Limited Partner |
| Marshfield Advisers, LLC<br>60 East South Temple, Suite 400<br>Salt Lake City, UT 84111 | 8.51% | Limited Partner |
| Miriam and Peter Haas Investments LP<br>c/o Argonaut Securities Company<br>1155 Battery Street<br>San Francisco, CA 94111 | 0.19% | Limited Partner |
| Miriam L. Haas Trustee of the MLH Trust<br>c/o Argonaut Securities Company<br>1155 Battery Street<br>San Francisco, CA 94111 | 0.43% | Limited Partner |
| MPM Investments LLC<br>c/o TAG Associates LLC<br>810 7th Avenue, 7th Floor<br>New York, NY 10019 | 0.23% | Limited Partner |

| Name and Last Known Address of Equity Interest Holder | Percentage of Interest | Type of Equity Interest |
|---|---|---|
| Pentland Group Limited<br>8 Manchester Square<br>London W1U 3PH<br>United Kingdom | 2.13% | Limited Partner |
| Peterson Capital Investors LLC<br>c/o Peterson Management LLC<br>712 Fifth Avenue, 47th Floor<br>New York, NY 10019 | 1.17% | Limited Partner |
| Philadelphia College of Osteopathic Medicine Foundation<br>4190 City Avenue<br>Philadelphia PA 19131 | 0.43% | Limited Partner |
| PJFT, LLC<br>888 Seventh Ave - 32nd St.<br>New York, NY 10106 | 0.85% | Limited Partner |
| PRS, LLC<br>888 Seventh Ave - 32nd St.<br>New York, NY 10106 | 1.28% | Limited Partner |
| Quantum Strategic Partners Ltd.<br>c/o Soros Fund Management LLC<br>888 Seventh Avenue<br>New York, NY 10106 | 10.63% | Limited Partner |
| SFT Private Equity LLC (2013<br>111 W. Monroe Street, Floor 10E<br>Chicago, IL 60603 | 7.44% | Limited Partner |
| Sofina Private Equity S.C.A., SICAR<br>8A Boulevard Joesph II<br>Luxembourg, Luxembourg | 1.28% | Limited Partner |
| Windstar Finance S.A.<br>Cambridge Associates LLC<br>Attn: Hedge Fund Data<br>4100 N. Fairfax Drive, Suite 1300<br>Arlington, VA 22203-1664 USA | 0.85% | Limited Partner |
| YESCO Co., Ltd<br>23 Jadongchasijang-gil<br>Seongdong-gu<br>Seoul, Republic of Korea | 4.25% | Limited Partner |
| Top Tier Venture Velocity Fund 2, L.P.<br>600 Montgomery Street, Suite 480<br>San Francisco, CA 94111 | 2.11% | Limited Partner |

| Name and Last Known Address of Equity Interest Holder | Percentage of Interest | Type of Equity Interest |
|---|---|---|
| Herman Legacy Trust<br>J.P. Morgan Trust Company of Delaware<br>500 Stanton Christiana Rd.<br>Newark, DE 19713 | 0.11% | Limited Partner |
| JTW, LLC<br>2012 The Strand<br>Manhattan Beach, CA 90266 | 0.43% | Limited Partner |
| Simkins Global Investments, LLC<br>301 West 41 Street, #406<br>Miami Beach, FL 33140 | 0.43% | Limited Partner |
| JYCO, LLC<br>c/o Comprehensive Financial Management<br>Attn: Rob Cain<br>720 University Avenue, Suite 200<br>Los Gatos, CA 95032 | 0.21% | Limited Partner |
| CNSA LLC<br>104 Catherine Road,<br>Scarsdale, NY 10583 | 0.64% | Limited Partner |
| The Mather Family Trust<br>23 Del Mar<br>Newport Coast, CA 92657 | 0.43% | Limited Partner |
| Pincus Capital Private Equity LLC<br>126 East 56th Street, Suite 2620<br>New York, NY 10022 | 1.53% | Limited Partner |
| Pincus Capital Foundations LLC<br>126 East 56th Street, Suite 2620<br>New York, NY 10022 | 0.17% | Limited Partner |
| Picotin, LLC<br>1900 S. Norfolk St., Ste 125<br>San Mateo, CA 94403-1175 | 0.02% | Limited Partner |
| KTC Alternatives Fund III LLC<br>225 W. Washington, 28th Floor<br>Chicago, IL 60606 | 0.85% | Limited Partner |
| Roaring Fork II, LLC<br>767 5th Ave., 40th Floor<br>New York, NY 10153 | 0.85% | Limited Partner |
| Pensco Trust Company, Custodian FBO Edward M. Bralower IRA<br>PO Box 173859<br>Denver, CO 80217 | 0.09% | Limited Partner |
| Candiac Limited<br>1 Raffles Quay, North Tower #10-02<br>Singapore 048583 | 0.43% | Limited Partner |

| Name and Last Known Address of Equity Interest Holder | Percentage of Interest | Type of Equity Interest |
|---|---|---|
| Dean Stewart Benjamin and Gabrielle Ballin Benjamin, JTWROS<br>43 Ridgecrest Road,<br>Stamford, CT 06903 | 0.09% | Limited Partner |
| Kensington Ventures, LLC<br>26 Patriot Place, Suite 301<br>Foxboro, MA 02035 | 1.06% | Limited Partner |
| Top Tier Strategic Investment Fund, L.P.<br>600 Montgomery Street, Suite 480<br>San Francisco, CA94111 | 1.70% | Limited Partner |
| Eagle Partners, LP<br>300 Frank W. Burr Boulevard, 7th Floor<br>Teaneck, NJ07666 | 0.85% | Limited Partner |
| TTLG Partnership<br>300 Frank W. Burr Boulevard, 7th Floor<br>Teaneck, NJ07666 | 0.43% | Limited Partner |
| Top Tier Venture Capital VIII Holdings<br>600 Montgomery Street, Suite 480<br>San Francisco, CA 94111 | 0.87% | Limited Partner |
| KT4 Partners LLC<br>PO Box 3188<br>Los Altos, CA 94024 | 0.04% | Limited Partner |
| Dennis Masel Living Trust Dated 5/05/08<br>12 College Place,<br>Brooklyn, NY 11201-2404 | 0.43% | Limited Partner |
| Mark DiPaola 2005 Trust Dated 12/14/05<br>28884 Cliffside Drive<br>Malibu, CA 90265 | 0.43% | Limited Partner |
| Moonstone Partners<br>1999 Ave. of the Stars, STE 3200,<br>Los Angeles, CA 90067 | 0.13% | Limited Partner |
| Sounio LLC<br>140 Piccadilly<br>London<br>United Kingdom, W1J7NS | 4.25% | Limited Partner |
| DES Holdings V(A) LLC<br>509 Madison Avenue, Suite 1602<br>New York, NY 10022 | 1.28% | Limited Partner |
| Foreign VC Investment Fund II (KVIC)<br>5th. Fl. VR Bldg., 16, 45-gil<br>Scocho-daero, Scocho-gu,<br>Seoul 06595, Republic of Korea | 3.83% | Limited Partner |

| Name and Last Known Address of Equity Interest Holder | Percentage of Interest | Type of Equity Interest |
|---|---|---|
| Formation Group GP I, LLC<br>451 University Ave<br>Palo Alto, CA 94301 | 1.00% | General Partner |

Date  April 10, 2022          Signature  _/s/ Rei Young Jang_

By: Rei Young Jang
Managing Member of General
Partner Formation Group GP I, LLC

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | Anderson Tax LLC<br>333 Bush Street Suite 1700<br>San Francisco, CA 94104 | Hai Tang<br>415-764-2700<br>hai.tang@andersen.com | Professional services | | | | $25,409.00 |
| 2 | Frank, Rimerman + Co. LLP<br>One Embarcadero Center,<br>Suite 2410, San Francisco, CA 94111 | Billing Department<br>650-845-8100<br>BDept@frankrimerman.com | Professional services | | | | $10,500.00 |
| 3 | Daeryook & Aju LLC<br>7F, Donghoon Tower, 317<br>Teheran-ro Gangnam-gu,<br>Seoul 06151, South Korea | Kyungrok Jeong<br>(+82) 2-3016-9547<br>krjeong@draju.com | Professional services | | | | $8,500.00 |
| 4 | American Arbitration Association<br>120 Broadway, 21st Floor,<br>New York, NY 10271 | Billing Department<br>212-484-4181<br>corpfinance@adr.org | Professional services | | | | $5,720.13 |
| 5 | Kranz & Associates Holdings, LLC<br>20750 Ventura Blvd. Suite 300 Woodland Hills, CA 91364 | Billing Department<br>650-854-4400,<br>billing@kranz.consulting | Professional services | | | | $2,132.00 |
| 6 | Delaware Division of Corporations<br>401 Federal Street, - Suite 4,<br>Dover, DE 19901 | Tax Division<br>302-739-3073<br>DOSDOC_Ftax@delaware.gov | Franchise Tax | | | | $300.00 |
| 7 | Formation Group Management, LLC<br>435 Tasso Street Suite 315<br>Palo Alto, CA 94301 | Lae Jang<br>650-265-6920<br>lae@formationgroup.com | Management Fee and expense reimbursement | | | | $6,468,589.46 |

Debtor   Formation Group Fund I, L.P          Case number (*if known*) _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 Yesco Holdings Co., Ltd. f/k/a Yesco, Inc. 20Fl., 92, Hangang-daero, Yongsan-gu Seoul, Republic of Korea | Proskauer Rose LLP David A. Picon 212-969-3000 dpicon@proskauer.com | Contractual Debts | Disputed | | | $53,841,079.07 |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2

Case: 22-50302   Doc# 1   Filed: 04/10/22   Entered: 04/10/22 21:24:06   Page 16 of 17



| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | Formation Group Fund I, L.P. |
| United States Bankruptcy Court for the: _____ District of _____ (State) | |
| Case number *(If known)*: _____ | |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration   Corporate Ownership Statement Pursuant to Rules 1007 and 7007.1 of the Federal Rules of Bankruptcy Procedure; List of Equity Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/10/2022    X /s/ signature
MM / DD / YYYY          Signature of individual signing on behalf of debtor

Rei Young Jang
Printed name

Managing Member of Formation Group Fund GP I, LLC, General Partner of Formation Group Fund I, L.P.
Position or relationship to debtor

Official Form 202   Declaration Under Penalty of Perjury for Non-Individual Debtors



American LegalNet, Inc.
www.FormsWorkFlow.com